JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MARTINEZ, COLETTE MARTINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> EVERHOME MORTGAGE COMPANY, et al., <br><br> Defendants. | Case No. EDCV 09-1218-VAP (PJWx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 22, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge